IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | Criminal No.   04-20512-B |
| vs. | ) | |
| | ) | |
| MUJAHID MUHAMMAD, | ) | 18 U.S.C. § 922(g) |
| | ) | |
| Defendant. | ) | |

## ORDER ON CONTINUANCE AND SPECIFYING PERIOD OF EXCLUDABLE DELAY

It is hereby ORDERED that the Government's motion to continue the suppression hearing scheduled Thursday, May 12, 2005 is hereby GRANTED, and is now reset for Wednesday, May 25, 2005 at 2:00 p.m. The time is excluded under the Speedy Trial Act.

IT IS SO ORDERED this the 9th day of May, 2005.

_____
UNITED STATES DISTRICT JUDGE

This document entered on the docket sheet in compliance with Rule 55 and/or 32(b) FRCrP on 5-11-05

34

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 34 in case 2:04-CR-20512 was distributed by fax, mail, or direct printing on May 11, 2005 to the parties listed.

---

Katrina U. Earley
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

April Rose Goode
FEDERAL PUBLIC DEFENDER
200 Jefferson Ave.
Ste. 200
Memphis, TN 38103

Honorable J. Breen
US DISTRICT COURT