IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

FILED BY ___ D.C.

05 JUN 20 AM 10: 34

ROBERT R. DI TROLIO
CLERK, U.S. DIST. CT.
W.D. OF TN, MEMPHIS

UNITED STATES OF AMERICA

Plaintiff,

VS.

CR. NO. 04-20512-B

MUJAHID MUHAMMAD,

Defendant.

## ORDER DENYING MOTION TO SUPPRESS, ORDER ON CONTINUANCE AND SPECIFYING PERIOD OF EXCLUDABLE DELAY AND SETTING

This cause came on for a Hearing on the Motion to Suppress on May 25, 2005. After considering the testimony of witnesses, the evidence submitted, and statements of counsel, the Court denied the motion to suppress incorporating its factual findings and conclusions of law issued orally. The Court has also received and considered the Defendant's post-hearing memorandum. Following a review of the submission, the Court affirms its previous denial of the motion to suppress.

The Court previously reset the trial date to the Criminal Rotation Docket beginning Monday, July 5, 2005 at 9:30 a.m. with a Report Date of Thursday, June 23, 2005 at 2:00 p.m., in Courtroom 1, 11th Floor of the Federal Building, Memphis, Tennessee.

The period from April 15, 2005 through July 15, 2005 is excludable under 18 U.S.C. § 3161(h)(8)(B)(iv) because the ends of justice served in allowing for additional time to prepare outweigh the need for a speedy trial.

IT IS SO ORDERED this 17th day of June, 2005.

J. DANIEL BREEN
UNITED STATES DISTRICT JUDGE

This document entered on the docket sheet in compliance with Rule 55 and/or 32(b) FRCrP on 6-20-05

41

# UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 41 in case 2:04-CR-20512 was distributed by fax, mail, or direct printing on June 20, 2005 to the parties listed.

---

Katrina U. Earley
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

April Rose Goode
FEDERAL PUBLIC DEFENDER
200 Jefferson Ave.
Ste. 200
Memphis, TN 38103

Honorable J. Breen
US DISTRICT COURT