IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

UNITED STATES OF AMERICA,

  Plaintiff,

v.                                                  No. 04-20512 B

MUJAHID MUHAMMAD,

  Defendant.

## ORDER FOR TRANSCRIPT

On May 26, 2005, a suppression hearing was held in the above-styled matter. It is necessary to have a transcript of the proceedings in order for the Court to properly rule on the pending motion to reconsider its order on the Defendant's motion to suppress.

It is therefore ORDERED that a transcript of the suppression hearing be prepared by the court reporter, Mark Dodson. The Clerk of Court is directed to forward a copy of this order to the offices of the court reporter.

ENTERED this 30th day of June, 2005.

J. DANIEL BREEN
UNITED STATES DISTRICT JUDGE

This document entered on the docket sheet in compliance
with Rule 55 and/or 32(b) FRCrP on 7-6-05

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 44 in case 2:04-CR-20512 was distributed by fax, mail, or direct printing on July 6, 2005 to the parties listed.

---

April Rose Goode
FEDERAL PUBLIC DEFENDER
200 Jefferson Ave.
Ste. 200
Memphis, TN 38103

Katrina U. Earley
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

Honorable J. Breen
US DISTRICT COURT