IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

FILED BY _____ D.C.

05 NOV -2 PM 3: 17

THOMAS M. GOULD
CLERK, U.S. DISTRICT COURT
W/D OF TN, MEMPHIS

UNITED STATES OF AMERICA

    Plaintiff,

VS.

CR. NO. 04-20512-B

MUJAHID MUHAMMAD,

    Defendant.

## ORDER DENYING MOTION TO SUPPRESS, ORDER ON CONTINUANCE AND SPECIFYING PERIOD OF EXCLUDABLE DELAY AND <u>SETTING</u>

This cause came on for a Hearing on the Motion to Suppress on November 1, 2005. After considering the testimony of witnesses, the evidence submitted, and statements of counsel, the Court denied the motion to suppress incorporating its factual findings and conclusions of law issued orally.

The Court hereby resets the trial date to the Criminal Rotation Docket beginning Monday, December 12, 2005 at 9:30 a.m. in <u>Courtroom 1, 11th Floor</u> of the Federal Building, Memphis, Tennessee. No further Report Date is requested

The period from October 14, 2005 through December 16, 2005 is excludable under 18 U.S.C. § 3161(h)(8)(B)(iv) because the ends of justice served in allowing for additional time to prepare outweigh the need for a speedy trial.

IT IS SO ORDERED this 2 day of November, 2005.

J. DANIEL BREEN
UNITED STATES DISTRICT JUDGE

This document entered on the docket sheet in compliance with Rule 55 and/or 32(b) FRCrP on 11-3-05



# Notice of Distribution

This notice confirms a copy of the document docketed as number 64 in case 2:04-CR-20512 was distributed by fax, mail, or direct printing on November 3, 2005 to the parties listed.

---

Katrina U. Earley
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

April Rose Goode
FEDERAL PUBLIC DEFENDER
200 Jefferson Ave.
Ste. 200
Memphis, TN 38103

Honorable J. Breen
US DISTRICT COURT