PS 8
(8/88)

FILED BY_____D.C.

# United States District Court

for

# Western District of Tennessee

05 NOV 30  AM 11: 50

THOMAS M. GOULD
CLERK, U.S. DISTRICT COURT
W/D OF TN, MEMPHIS



### U.S.A. vs. Mujahid Muhammad

### Docket No. 2:04cr20512-G

#### Petition for Action on Conditions of Pretrial Release

COMES NOW PRETRIAL SERVICES OFFICER Valerie D. Pugh presenting an official report upon the conduct of defendant who was placed under pretrial release supervision by the Honorable J. Daniel Breen sitting in the court at Memphis, Tennessee, on the 3rd day of October , 2005 under the following conditions:

- $5,000.00 unsecured bond.
- Report to Pretrial Services as directed.
- Maintain or actively seek employment.
- Defendant is restricted in residence and travel restricted to the Western District of Tennessee.
- Refrain from possessing a firearm, destructive device, or other dangerous weapon.
- Refrain from use or unlawful possession of a narcotic drug or other controlled substance unless prescribed by a licensed medical practitioner.
- Submit to any method of testing required by Pretrial Services for determining whether defendant is using a prohibited substance.
- Participate in a program of inpatient or outpatient substance abuse treatment, if deemed necessary by Pretrial Services.
- Participate in an electronic monitoring program as directed by Pretrial Services.

RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT AND FOR CAUSE AS FOLLOWS:
(If short insert here: if lengthy write on separate sheet and attach)

PRAYING THAT THE COURT WILL ORDER issuance of an arrest warrant to determine whether defendant's bond should be revoked or modified.

(See Attached Sheet)

**Recommendation: No Bond**

ORDER OF COURT

Considered and ordered this  29ᵀ
day of  November , 20 05  and ordered
files and made a part of the records in the above
case.

_____
U.S. District Judge/Magistrate

I declare under penalty of perjury that the
foregoing is true and correct.

Executed on  November 21, 2005

_____

_____
Valerie D. Pugh
Senior U.S. Pretrial Services Officer

Place     Memphis, TN

This document entered on the docket sheet in compliance
with Rule 55 and/or 32(b) FRCrP on  11-30-05



MUHAMMAD, Mujahid
Docket No. 2:04cr20512-B
Attachment

Defendant Muhammad has violated his bond by being arrested on November 9, 2005, by Memphis Police Department for Possession of a Controlled Substance With Intent to Manufacture/Deliver/Sell (felony).

According to the arrest report, "the arresting officer was on routine patrol at 1428 Briercrest, Memphis, Tennessee when he observed Defendant Muhammad and another individual in a 1996 maroon Sonata. Officer noticed Defendant Muhammad to be on the criminal trespass list. The arresting officer then noticed defendant and co-defendant throw two objects from the vehicle containing a green leafy substance, which was later tested positive for THC (24.1 grams). Both Defendant Muhammad and the other individual were placed into custody on the scene."

Defendant Muhammad remains in the Shelby County Jail unable to make a $20,000 bond. His next court date is December 1, 2005, in General Sessions Court, Division 8. The pending federal case has been reset to the second week of the December trial rotation, December 12 - 16, 2005, before Your Honor.

# UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# **Notice of Distribution**

This notice confirms a copy of the document docketed as number 70 in
case 2:04-CR-20512 was distributed by fax, mail, or direct printing on
November 30, 2005 to the parties listed.

---

April Rose Goode
FEDERAL PUBLIC DEFENDER
200 Jefferson Ave.
Ste. 200
Memphis, TN 38103

Katrina U. Earley
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

Honorable J. Breen
US DISTRICT COURT